IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DONALD LEE BOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

On the government's oral motion,

IT IS ORDERED that Defendant Bowers' evidentiary hearing and sentencing are continued to **12:45 p.m.** on Monday, May 2, 2005, before the undersigned United States District Judge, in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

DATED this 26th day of April, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge